**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARK EUGENE HATCHER,

    Plaintiff,

v.                                                                   CASE NO. 8:26-cv-1013-JLB-NHA

C. RILEY, *et al.*,

    Defendants.

_____/

## <u>ORDER DISMISSING CASE</u>

Mark Eugene Hatcher, a Florida prisoner, initiated this action *pro se* by filing a civil rights complaint (Doc. 1) in which he alleges that in January 2026, Defendants slammed his finger in the food flap of his cell, refused to provide him medical attention for his injury, sexually assaulted him, and deprived him of clothes, bedding, a mattress, and other items.   The Court construes Mr. Hatcher's failure to pay the filing fee as a request to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Section 1915(g) provides:

(g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Mr. Hatcher's prior actions dismissed as either frivolous, malicious, or for failing to state a claim upon which relief may be granted include: (1) 3:23-cv-1302-HES-LLL (M.D. Fla.); (2) 3:24-cv-1017-MMH-SJH; and (3) 3:25-cv-1098-WWB-PDB (M.D. Fla.).   Because Mr. Hatcher has had at least three prior dismissals that qualify under Section 1915(g) and because he alleges no facts showing he is under imminent danger of serious physical injury, he may not proceed *in forma pauperis*.   Mr. Hatcher may initiate a new civil rights action by filing a civil rights complaint and paying the filing fee in full.

Accordingly, it is ORDERED that:

1. The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to Mr. Hatcher filing a new complaint, in a new case with a new case number, upon the payment of the filing fee.

2. The Clerk is **DIRECTED** to close the case.

DONE and ORDERED in Tampa, Florida, on May 4, 2026.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

2